AO 450 (Rev. 11/11) Judgment in a Civil Action

JS-6

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| CONNIE PARKER<br>*Plaintiff*<br>v.<br>STEVEN RODRIGUEZ; RODRIGUEZ LAW, APC<br>*Defendant* | )<br>)<br>)   Civil Action No. 2:21-cv-05574-DFM<br>)<br>)<br>) |

## [~~PROPOSED~~]  JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* CONNIE PARKER recover from the defendant *(name)* STEVEN RODRIGUEZ and RODRIGUEZ LAW, APC, jointly and severally, the amount of Twenty Six Thousand Eighty Six Dollars and Five Cents dollars ($ 26,068.05 ), which includes prejudgment interest at the rate of 0.00 %, plus post judgment interest at the rate of 5.13 % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* recover costs from the plaintiff *(name)*

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☑ tried by Judge The Hon. Douglas F. McCormick without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: June 5, 2024

*/s/ Douglas F. McCormick*

Douglas F. McCormick
United States Magistrate Judge